THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

REGINALD S. GATES,            )
                              )
    Plaintiff,                )
                              )
v.                            )     3:09-CV-480-WHA
                              )         [WO]
                              )
LEE COUNTY, *et al.,*         )
                              )
    Defendants.               )

# **ORDER**

On June 8, 2009, the Magistrate Judge filed a Recommendation (Doc. 7) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation (Doc. 7) of the Magistrate Judge is ADOPTED;

2. Plaintiff's claims regarding visitation and verbal threats are DISMISSED with prejudice in accordance with the directives of 28 U.S.C. § 1915(e)(2)(B)(i);

3. Plaintiff's claims regarding leftover food are DISMISSED with prejudice pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(ii);

4. Plaintiff's claims against Lee County, Alabama, are DISMISSED with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i);

5. Plaintiff's claims against Defendants Lyale, Hill, Jones, Cooper, Sheriff Jones, and Welcher are DISMISSED under 28 U.S.C. § 1915(e)(2)(B)(i);

6. Defendants Defendants Lee County, Mr. Lyale, Mr. Hill, Mr. Jones, Mrs. Cooper, Sheriff Jones, and Welcher are DISMISSED as parties to the complaint; and

7. This complaint with respect to Plaintiff's allegations of inadequate medical care and excessive force against Defendants McFarland and Cobb is referred back to the magistrate judge for further proceedings.

Done this 30th day of June, 2009.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE